# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| ISABEL VILLA-DERAS (01) | ) | 2:18-MJ-63 |
| MARILU CORREA-LORETO (02) | ) | |
| CLAUDIA CHAVEZ-VARGAS (03) | ) | |
| | ) | |
| *Defendant(s)* | | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 1 8 2018
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 17, 2018,__ in the county of __Carson__ in the __Northern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii). | Possession with Intent to Distribute 500 Grams or More of Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
Complainant's signature

Chris Walters, DEA TFO
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/18/2018__

_____
*Judge's signature*

City and state: __Amarillo, Texas__   Lee Ann Reno, U.S. Magistrate Judge
_____
*Printed name and title*

No. 2:18-MJ-63

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Christopher Walters being duly sworn, depose and state:

1. I am a Task Force Officer assigned to the Drug Enforcement Administration (DEA) in Amarillo, Texas. I have been so employed for about twenty (20) years with the Potter County Sheriff's Office, and as part of my duties as a Task Force Officer I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in several investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841(a)(1).

2. This affidavit is made in support of a complaint and arrest warrants for Isabel VILLA-DERAS, Marilu CORREA-LORETO, and Claudia CHAVEZ-VARGAS. I am familiar with the information contained in this affidavit based upon my own personal investigation, as well as conversations with other law enforcement officers involved in this investigation.

3. On June 17, 2018, Texas Department of Public Safety (TXDPS) Trooper Pacheco was working routine patrol on I-40 in Carson County, Texas. At approximately 1:30 p.m., Trooper Pacheco stopped a 2017 Toyota Highlander for the passenger not wearing a safety belt. Upon making contact with the driver of the vehicle, who was later identified as Isabel VILLA-DERAS, Trooper Pacheco noticed indicators of possible criminal activity. Trooper Pacheco also observed a statue of Santa Muerte on the dash board of the vehicle. After completing the traffic stop, and returning all of the driver's items to her, Trooper Pacheco asked Isabel VILLA-DERAS for consent to search the vehicle, to which she granted consent. During the search of the vehicle, Trooper Pacheco located approximately 50 vacuum sealed packages of methamphetamine weighing approximately 60 pounds, 4 vacuum sealed packages of a substance believed to be heroin weighing approximately 10 pounds, and a package of what is believed to be oxycodone pills. One of the bundles of methamphetamine was field tested, and did give a positive indicator for methamphetamine. This quantity of methamphetamine is consistent with distribution, as opposed to someone's personal use.

4. DEA Task Force Officer's Chris Walters did respond to the Carson County DPS Office. TXDPS CID S/A Taylor Hawkins did respond as well. S/A Hawkins did read Isabel VILLA-DERAS her Miranda warnings prior to her being interviewed. VILLA-DERAS stated this was the first time she had done this. She explained that she had met

someone in her hometown of Portland, Oregon, who had a way to make easy money. VILLA-DERAS said she only had to drive a vehicle to where she was told and then return home. VILLA-DERAS said she later began speaking to an individual she calls Gerardo in Ontario, California. VILLA-DERAS recruited her two friends to help her, and was going to pay them with the money Gerardo paid her. VILLA-DERAS said she received the money for the trip, and then purchased plane tickets for the three of them to fly from Portland, Oregon, to Ontario, California. In California, VILLA-DERAS rented a vehicle and then rented a motel room. VILLA-DERAS said these are the instructions she had been given by Gerardo. Once they had a motel room, Gerardo met them at the motel and took the rental vehicle for approximately an hour. After returning the vehicle, Gerardo instructed them to drive to High Point, North Carolina. When VILLA-DERAS arrived, she was instructed to get a hotel room and call Gerardo, who would then contact his people in High Point to pick up the vehicle. VILLA-DERAS said they would then all fly back to Oregon.

5. TXDPS Trooper Danny Nunez assisted TFO Walters and S/A Hawkins with the interview of the two female passengers. Neither of them spoke English. Trooper Nunez did read both Claudia CHAVEZ-VARGAS and Marilu CORREA-LORETO their Miranda warnings prior to them being interviewed.

6. Claudia CHAVEZ-VARGAS initially denied any knowledge of involvement with the narcotics. Claudia eventually admitted to being recruited to help deliver the vehicle and its contents to High Point, North Carolina. Claudia said she was supposed to be paid $4,000.00 for her part, and thought they were transporting marijuana.

7. Marilu CORREA-LORETO was then interviewed. She also denied no knowledge or involvement with the narcotics. During the interview CORREA-LORETO stated they will kill me here or there, just let them kill me here. CORREA-LORETO did eventually admit to being paid to deliver the vehicle to High Point, North Carolina. CORREA-LORETO stated she knew they were transporting something bad, but didn't know it was such a large amount of drugs.

8. Based upon the foregoing, there is probable cause to believe that Isabel VILLA-DERAS, Marilu CORREA-LORETO, and Claudia CHAVEZ-VARGAS did knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

_____
Chris Walters
DEA Task Force Officer

Sworn to before me, and subscribed in my presence

June 18, 2016                               at     Amarillo, Texas
Date                                                City and State

Lee Ann Reno, U.S. Magistrate Judge      _____
Name and Title of Judicial Officer        Signature of Judicial Officer

_____
Sean J. Taylor
Assistant United States Attorney

Page 3 of 3